**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

**MEMO ENDORSED**

Writer's Direct: Clara Lam, Esq.
clam@bkllawyers.com

October 13, 2021

**Via ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The application is __X__ granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: __10/13/2021__
New York, New York

RE:    ***Hunter, et al. v. White Castle Systems Inc.,***
       **Case No. 21-cv-2273 (ER)(KHP)**

Dear Judge Ramos:

We are counsel for Plaintiffs in the above-reference matter. We write, jointly with counsel for Defendants, to respectfully request a thirty (30) day continuation of the above-captioned matter, until on or about November 12, 2021.

On or about September 13, 2021, the Mediation Program informed the Court that an agreement was reached on all issues. Then, on or about September 14, 2021, Your Honor Ordered that the above-captioned matter would be "discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days." *See* Docket No. 20.

As the Parties are still in the process of formalizing the agreed-upon settlement, we respectfully request a continuation of the herein matter for another thirty (30) days to finalize the agreement for execution.

We thank Your Honor for your time and consideration.

Respectfully submitted,
*/s/ Clara Lam*

cc: all parties via ECF